**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**CASE NO.:  1:26-cv-08249**

THOMAS CHADWICK,

                 Plaintiff,

v.

CITY WINERY CHICAGO, LLC,

                 Defendant.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff THOMAS CHADWICK by and through his undersigned counsel, brings this Complaint against Defendant CITY WINERY CHICAGO, LLC for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1. Plaintiff THOMAS CHADWICK ("Chadwick") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §106, to copy and distribute Chadwick's original copyrighted Work of authorship.

2. Chadwick is a professional photographer from England who lives in Chicago, and shoots nationally. His subjects are primarily real people, chosen for their character, passions and compelling life stories. He thrives getting in close to create intimate portraits as well as finding slice of life moments in sport and lifestyle photography.

3. Defendant CITY WINERY CHICAGO, LLC ("CWC") is a company that operates a food, beverage, and event venue and, upon information and belief, operates as part of the "City Winery" chain of restaurants, wine bars, and event venues. At all times relevant hereto,

CWC controlled and operated the Instagram account located at

https://www.instagram.com/citywinerychi (the "Instagram Page").

4.      Chadwick alleges that CWC copied Chadwick's copyrighted Work from the internet in order to advertise, market and promote its business activities. CWC committed the violations alleged in connection with its business for purposes of advertising and promoting sales to the public in the course and scope of the CWC's business.

## JURISDICTION AND VENUE

5.      This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6.      This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7.      CWC is subject to personal jurisdiction in Illinois.

8.      Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, CWC engaged in infringement in this district, CWC resides in this district, and CWC is subject to personal jurisdiction in this district.

## DEFENDANT

9.      City Winery Chicago, LLC is an Illinois Limited Liability Company, with its principal place of business at 1200 W Randolph St, Chicago, New York, 10013, and can be served by serving its Registered Agent, Illinois Corporation Service Company at 801 Adlai Stevenson Drive Springfield, IL 62703.

## THE COPYRIGHTED WORK

10.      In 2023, Chadwick created the photograph entitled "ThomasChadwickChicagoMagBrandonJohnsonEnvironmental0282V4," which is shown below and referred to herein as the "Work."

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS



11. Chadwick registered the Work with the Register of Copyrights on October 17, 2023 as part of a group registration. The Group Registration was assigned registration number VA 2-370-050. A true and correct copy of the Certificate of Registration is attached hereto as **Exhibit 1**.

12. The Work in perspective, orientation, positioning, lighting, and other details is entirely creative and original. As such, the Work qualifies as subject matter protectable under the Copyright Act.

13. At all relevant times Chadwick was the owner of the copyrighted Work.

### INFRINGEMENT BY CWC

14. CWC has never been licensed to use the Work for any purpose.

15. On a date after the Work was created, but prior to the filing of this action, CWC copied the Work.

16. On or about October 21, 2024, Chadwick discovered the unauthorized use of his Work on the CWC's Instagram Page. The Work was posted with a caption thanking Chicago Mayor Brandon Johnson for attending a live comedy event at CWC.

17. CWC copied Chadwick's copyrighted Work without Chadwick's permission.

18. After CWC copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services in connection with its food, beverage, and live event operations.

19. CWC copied and distributed Chadwick's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

20. CWC committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

21. Chadwick never gave CWC permission or authority to copy, distribute or display the Work for any purpose.

22. Chadwick notified CWC of the allegations set forth herein on May 05, 2025 and May 20, 2025. To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

23. Chadwick incorporates the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

24. Chadwick owns a valid copyright in the Work.

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

25.    Chadwick registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

26.    CWC copied, displayed, and distributed the Work and made derivatives of the Work without Chadwick's authorization in violation of 17 U.S.C. § 501.

27.    CWC performed the acts alleged in the course and scope of its business activities.

28.    Defendant's acts were willful.

29.    Chadwick has been damaged.

30.    The harm caused to Chadwick has been irreparable.

WHEREFORE, Plaintiff THOMAS CHADWICK prays for judgment against the Defendant CITY WINERY CHICAGO, LLC that:

a.    CWC and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b.    CWC be required to pay Chadwick his actual damages and Defendant's profits attributable to the infringement, or, at Chadwick's election, statutory damages, as provided in 17 U.S.C. § 504;

c.    Chadwick be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d.    Chadwick be awarded pre- and post-judgment interest; and

e.    Chadwick be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Chadwick hereby demands a trial by jury of all issues so triable.

Dated: July 13, 2026                              Respectfully submitted,

5

**SRIPLAW**

CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

/s/ J. Campbell Miller
J. CAMPBELL MILLER
Illinois Bar Number: 6345233
campbell.miller@sriplaw.com

**SRIPLAW, P. A.**
742 South Rangeline Road
Carmel, Indiana 46032
332.600.5599 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Thomas Chadwick*